IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM SIMS II, | ) | Case No. 8:12-cv-00029-JFB-TDT |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FIRST DATA TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | |

This matter having come before the Court on the parties' Stipulation to Dismiss, and the matter having been considered in its entirety, the above-captioned matter is hereby dismissed, with prejudice, each party to pay its own fees and costs.

Dated this 23rd day of May, 2012.

_____
Judge, United States District Court